IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 07-17-3

YAN HERSHMAN :

ORDER

AND NOW, this 16th day of July, 2008, upon consideration of the Government's request to impound its Motion for Downward Departure from Sentencing Guidelines, and accompanying order and docket papers, and after balancing the public right of access to the documents with the government's interest in protecting cooperating witnesses, maintaining the secrecy of ongoing criminal investigations, it is hereby ORDERED that the attached Motion, and accompanying Order and docket papers are SEALED and IMPOUNDED until further Order of the Court.

BY THE COURT:

_____
HONORABLE LEGROME D. DAVIS
UNITED STATES DISTRICT JUDGE