# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 07-17-3

YAN HERSHMAN :

## ORDER

AND NOW, this 4th day of ~~July~~ August, 2008, upon consideration of the Government's Motion to Dismiss Counts Two through Six, Eight through Eighteen, Twenty through Thirty-Five, Thirty-Seven, Thirty-Eight, and Forty, and Motion to Impound, and accompanying order and docket papers, and after balancing the public right of access to the documents with the government's interest in protecting cooperating witnesses, maintaining the secrecy of ongoing criminal investigations, it is hereby ORDERED that the attached Motion, and accompanying Order and docket papers are SEALED and IMPOUNDED until further Order of the Court.

BY THE COURT:

THE HONORABLE LEGROME D. DAVIS
United States District Judge