IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA :
vs. : CRIMINAL NO. 07cr17-1
:
Mikhail Gokhman

**ORDER TO SURRENDER**

**FILED**
OCT 08 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 2nd day of Oct, 2008, the above-named defendant having been sentenced to the custody of the Attorney General,

It is **ORDERED** that the execution of prison sentence is suspended until Monday November 3, 2008, at which time defendant is directed to report to institution designated by U.S. Marshal's Office no later than **2:00 P.M** to commence serving said sentence.

_____
Legrome D. Davis, J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____     _____
Attorney-Witness                              Defendant

Cr 28 (8/80)
surrendr.frm

xc: MAILED
P. Schenck AUSA
L. Marks AUSA
F. Perri