LDD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 07-17-1 |
| MIKAHAIL GOKHAM | : | |

ORDER

FILED
OCT 08 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 3rd day of October, 2008, it is hereby ORDERED that all sentencing documents regarding the above captioned matter are to be filed under **SEAL**.

BY THE COURT:

Legrome D. Davis, J.

Xc: AIRT UED
P. SCHENCK AUSA
L. MARILS PTUSA
F. PERRI