IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 07-17-4 |
| YAKOV BABCHINETSKIY<br>a/k/a "Jacob,"<br>a/k/a "Yan" | |

FILED JUN 0 4 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER FOR BENCH WARRANT

AND NOW, this 4th day of June, 2009, on motion of Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | | CRIMINAL NO. 07-17 |
| YAKOV BABCHINETSKIY, a/k/a "Jacob," a/k/a "Yan" | | |

FILED JUN 0 4 2009 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

## MOTION FOR BENCH WARRANT

AND NOW, this 4th day of June, 2009, Michael L. Levy, United States Attorney for the Eastern District of Pennsylvania, and Peter F. Schenck, Assistant United States Attorney, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

_____
PETER F. SCHENCK
Assistant United States Attorney
Chief, Commercial and Consumer Fraud