# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 07-17-1 |
| MIKHAIL GOKHMAN,<br>YAN HERSHMAN | : | |

## ORDER

AND NOW, this _____ day of September, 2009, upon consideration of the Government's request to unseal and unimpound previously sealed and impounded documents and docket entries, it is hereby

## ORDERED

that all previously sealed and impounded papers and all related docket entries in this matter are **UNSEALED and UNIMPOUNDED.**

BY THE COURT:

_____
**HONORABLE LEGROME D. DAVIS**
**UNITED STATES DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 07-17-1 |
| MIKHAIL GOKHMAN, | : | |
| YAN HERSHMAN | : | |

## GOVERNMENT'S MOTION TO UNIMPOUND

The United States of America, by and through its undersigned attorneys, hereby moves to unseal and unimpound all previously sealed documents and docket entries relating to defendants Mikhail Gokhman and Yan Hershman, and in support of its motion states as follows:

1. Defendants Mikhail Gokhman and Yan Hershman both entered guilty pleas on September 18, 2007, and upon government motion, this Court entered orders sealing and impounding the Plea Agreements and related docket papers.

2. The government later filed motions for downward departure for defendants Gokhman and Hershman, which, along with related Orders, Judgments, and docket entries, were also sealed by this Court.

3. On June 4, 2009, a grand jury returned a Superseding Indictment in this case, which was placed under seal. There are two defendants charged in the Superseding Indictment: Edvard Khakhan, who was charged in the original Indictment, and Yakov Babchinetskiy.

4. On September 23, 2009, defendant Yakov Babchinetskiy was arrested and will have his initial appearance in the Eastern District of Pennsylvania on September 24, 2009.

Defendant Khakhan has never made an initial appearance in this matter, and is believed to be a fugitive residing out of the country.

      5.      Accordingly, there is no longer a need to protect the confidentiality of an ongoing criminal investigation. In recognition of the public right of access to court documents, the government respectfully requests that the government's Motion be GRANTED.

Respectfully submitted,

MICHAEL L. LEVY
United States Attorney

_____
PETER F. SCHENCK
Assistant United States Attorney
Chief, Criminal Division
peter.schenck@usdoj.gov

LINDA I. MARKS
Senior Litigation Counsel
U.S. Department of Justice
Office of Consumer Litigation
linda.marks@usdoj.gov

MARY B. MURPHY
Trial Attorney
U.S. Department of Justice
Office of Consumer Litigation
mary.murphy@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Motion to Unimpound has been served by United States mail upon:

Fortunato N. Perri, Jr.
McMonagle Perri McHugh & Mischak
One Penn Square West, Suite 701
30 S. 15th St.
Philadelphia, PA  19102
*Counsel for defendant MIKHAIL GOKHMAN*

Ronald F. Abel
The Abel Group, P.C.
1706 Race St., Suite 402
Philadelphia, PA  19103
*Counsel for defendant YAN HERSHMAN*

                                                                                 _____
                                                                                  PETER F. SCHENCK
                                                                                   Assistant United States Attorney

DATED: September 24, 2009