IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Criminal No. 0-7-17 |
| | : | |
| MIKHAIL GOKHMAN, YAN HERSHMAN | : | |

## ORDER

AND NOW, this 25th day of September, 2009, upon consideration of the Government's Motion to Unimpound previously sealed and impounded documents and docket entries, it is hereby ORDERED that all previously sealed and impounded papers and all related docket entries in this matter are UNSEALED AND UNIMPOUNDED

BY THE COURT:

/S/Legrome D. Davis
U.S. District Court Jugde